**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-1784**

———————

SHUAYB GBOLAHAN MUSTAPHA,

            Petitioner,

      v.

ERIC H. HOLDER, JR., Attorney General,

            Respondent.

———————

On Petition for Review of an Order of the Board of Immigration Appeals.

———————

Submitted: November 6, 2012        Decided: November 14, 2012

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Randall L. Johnson, JOHNSON & ASSOCIATES, P.C., Arlington, Virginia, for Petitioner. Stuart Delery, Acting Assistant Attorney General, Ernesto H. Molina, Jr., Assistant Director, Anthony P. Nicastro, Senior Litigation Counsel, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shuayb Gbolahan Mustapha, a native and citizen of Nigeria, petitions for review of an order of the Board of Immigration Appeals denying his motion to reconsider. Because Mustapha fails to raise any arguments that meaningfully challenge the propriety of the Board's denial of his motion in the argument section of his brief, we find that he has failed to preserve any issues for review. See Fed. R. App. P. 28(a)(9)(A) ("[T]he argument . . . must contain . . . appellant's contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies."); Edwards v. City of Goldsboro, 178 F.3d 231, 241 n.6 (4th Cir. 1999) ("Failure to comply with the specific dictates of [Rule 28] with respect to a particular claim triggers abandonment of that claim on appeal."). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Mustapha (B.I.A. May 25, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2